# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144623

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC:  144623
                                        COA:  298789
                                        Wayne CC:  10-001407-FC

FLOYD JULIUS LYTLE,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the December 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
                                  Clerk

h0716